J. Alexander Marcinko, Esq.
(*pro hac vice*)
Nathaniel L. Foote, Esq.
(*pro hac vice*)
Ashley Ventrillo, Esq.
(*pro hac vice* motion pending)
**Andreozzi + Foote**
4503 North Front Street
Harrisburg, PA 17110
(t) (717) 525-9124 |(f) (717) 525-9143
Jeffrey Toppe, Esquire (Cal. Bar No. 329535)
The Toppe Firm LLC
c/o 4503 N. Front Street
Harrisburg, PA 17110
800-706-2764 (phone)
717-525-9143 (fax)
jct@toppefirm.com
*Attorney for Plaintiff*

Michael A. Di Lando, Esq. (SBN 119665)
Tobias Mark Kane, Esq. (SBN 170588)
Syed Shariq Bin Afzal, Esq. (SBN 363169)
ROBINSON DI LANDO
A Professional Law Corporation
801 South Grand Avenue, Suite 500
Los Angeles, California 90017-2687
Telephone: (213) 229-0100
mdilando@rdwlaw.com
mkane@rdwlaw.com
safzal@rdwlaw.com
*Attorneys for Defendant, Virpur Investments, LLC*

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.U., | Case No.:  2:25-CV-01393-DJC-JDP |
| Plaintiff, | |
| v. | **JOINT NOTICE OF MOTION; ORDER RESETTING HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |
| VIRPUR INVESTMENTS, LLC, | |
| Defendant. | |

## ORDER

Having considered the parties' Joint Notice Resetting Hearing on Defendant's Motion to Dismiss, and good cause appearing, the Court orders as follows:

The hearing on Defendant's Motion to Dismiss (ECF No. 24) is RESET to May 21, 2026, at 1:30 p.m., in Courtroom 7 before the Honorable Daniel J. Calabretta.

IT IS SO ORDERED.

Dated:  April 15, 2026                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

JOINT NOTICE OF MOTION; ORDER RESETTING HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT