

# United States District Court
# Eastern District of California

| C.U. |
|---|

Plaintiff(s)

Case Number: | 2:25-cv-01393-DJC-JDP |

V.

| DAYS INN & SUITES BY WYNDHAM |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Ashley Marie Ventrillo _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff C.U.

On _____05/05/2025_____ (date), I was admitted to practice and presently in good standing in the

_____State of Florida_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

M.H. v. Budget Inn and Suites, et al. (2:25-cv-00969-CSK) - pro hac pending

Date:_____02/05/2026_____     Signature of Applicant: /s/ __Ashley Marie Ventrillo__

**Pro Hac Vice Attorney**

Applicant's Name: Ashley Marie Ventrillo

Law Firm Name: Andreozzi + Foote

Address: 4503 N Front St.

City: 4503 N Front St.        State: PA    Zip: 17110

Phone Number w/Area Code: (717) 525-9124

City and State of Residence: Harrisburg, PA

Primary E-mail Address: Ashley@vca.law

Secondary E-mail Address: TeamD@vca.law

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jeffrey Toppe, Esquire

Law Firm Name: The Toppe Firm, LLC

Address: 4900 O'Hear Ave., Suite 100

City: N. Charleston        State: SC    Zip: 29405

Phone Number w/Area Code: (323) 909-2011        Bar # 329535

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 16, 2026        /s/ Daniel J. Calabretta
                             JUDGE, U.S. DISTRICT COURT